UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yonas Assefa,

Plaintiff,

-vs-

James D. Coffee, Esq.;
Commercial & Medical Credit Services; and
H. Charles, individually,

Defendants.

Civil Action No. 00-CV-014 RMK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND INTEGRATED ORDER OF DISMISSAL**

IT IS HEREBY AGREED by and between the parties hereto, through their respective attorneys, that the above-entitled action including all claims that have been or could have been asserted by and between the parties, are hereby dismissed with prejudice and without costs or disbursements to any of the parties to this action; and the Clerk of the above named Court is hereby requested to enter a judgment of dismissal with prejudice accordingly.



FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

STICH, ANGELL, KREIDLER, BROWNSON & BALLOU, P.A.

By Michael S. Kreidler

Michael S. Kreidler 58191
Attorneys for defendants
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, MN 55401-2122
(612)333-6251

Dated: July 11, 2000

CONSUMER JUSTICE CENTER, P.A.

By ______________________

Thomas J. Lyons, Jr.
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

Dated: July 17th, 2000

**ORDER**

Based upon the Stipulation of Dismissal of Counsel, and based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED,** that the above-entitled matter is hereby dismissed with prejudice and without costs or disbursements to any party.

______________________
Richard H. Kyle
Judge of U.S. Federal District Court

Dated: 7/14/00